Troutman Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com



**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

May 28, 2020

**ECF**

Hon. Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as the Executors of the Estate of Jeffrey E. Epstein*, 1:20-cv-02365-LJL-DCF

Dear Judge Liman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein (together, "Defendants"), in the above-referenced action.  We write to request the Court's approval of the parties' agreement described below.

On May 21, 2020, subject to the Court's approval: (1) we agreed to accept service of the Plaintiff's Complaint (ECF #1) on Defendants' behalf; and (2) Plaintiff consented to Defendants having through July 21, 2020 to answer, move or otherwise respond to Plaintiff's Complaint and any motion to proceed anonymously.

There have been no other requests or adjournments or extensions of time in this action.

Respectfully submitted,

s/Bennet J. Moskowitz
Bennet J. Moskowitz