Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

August 14, 2020

VIA ECF

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as the Executors of the Estate of Jeffrey E. Epstein*, 1:20-cv-02365-LJL-DCF; Status Report

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, as Co-Executors of the Estate of Jeffrey E. Epstein (together, "Defendants"; and Defendants together with Plaintiff Jane Doe, the "Parties") in the referenced action.  We provide this status report on behalf of all Parties.

Plaintiff's counsel has advised us that Plaintiff is currently working to formally submit her claims to the Epstein Victims' Compensation Program.  Accordingly, the Parties request that the stay of this action continue in accordance with the Joint Stipulation and Order Staying Action (ECF Doc. 13).

Respectfully submitted,

*/s/ Bennet J. Moskowitz*
Bennet J. Moskowitz

cc: Counsel of Record (via ECF)