Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022

troutman.com

---

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

March 2, 2021

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:**   *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as the Executors of the Estate of Jeffrey E. Epstein, et al. No. 1:20-cv-02365-LJL-DCF*

Dear Judge Freeman:

We represent Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein. We submit this letter pursuant to the Electronic Case Filing Rules & Instructions for the Southern District of New York §§ 11 and 23.6. Please be advised that due to a temporary, but hours' long outage with ECF / Pacer we were unable to file the parties' Joint Status Report yesterday.

Sincerely,

*/s/ Bennet J. Moskowitz*

Bennet J. Moskowitz

cc: Counsel of Record (via ECF)