Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York  10022



troutman.com

**Bennet J. Moskowitz**
bennet.moskowitz@troutman.com

> The stay of proceedings in this case is hereby lifted; Defendants may have until 9/6/2021 to move, answer, or otherwise respond to the Complaint; and, in light of the motion filed at Dkt. 27, which is hereby granted, Plaintiff may have until 7/30/2021 to file a motion to proceed anonymously.
>
> This Court will hold a telephonic initial pretrial conference in this action on 8/26/2021 at 10:00 a.m.  For that conference, counsel should call the following Toll-Free Number:  (877) 411-9748, and use Access Code:  9612281.  No later than 8/19/2021, the parties should submit a jointly proposed discovery plan.
>
> The Clerk of Court is directed to close the motion filed at Dkt. 27 and to remove the "stay" designation from the Docket for this action.
>
> SO ORDERED                                Dated:  7/22/2021
>
> /s/ Debra Freeman
> DEBRA FREEMAN
> United States Magistrate Judge

June 30, 2021

**VIA ECF**

Hon. Debra C. Freeman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Re:**  *Jane Doe v. Darren K. Indyke and Richard D. Kahn, in their capacities as the Executors of the Estate of Jeffrey E. Epstein*, 1:20-cv-02365-LJL-DCF

Dear Judge Freeman:

Pursuant to the Court's July 13, 2020 Joint Stipulation and Order Staying Action ("Order") (ECF No. 13), Plaintiff and Defendants Darren K. Indyke and Richard D. Kahn, Co-Executors of the Estate of Jeffrey E. Epstein, write to inform the Court that Plaintiff desires to lift the stay of this action.

Pursuant to the Order, the parties have conferred and agree that Defendants shall have 45 days after the stay is lifted to answer, move, or otherwise respond to Plaintiff's Complaint. Plaintiff will file a motion on or before July 23, 2021 if she wishes to proceed anonymously.

Respectfully submitted,

*/s/ Bennet J. Moskowitz*

Bennet J. Moskowitz

cc: Counsel of Record (via ECF)